UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-70185-RBK |
| | § | |
| MARK AARON WOODFIN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald E. Ingalls, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $372,462.00 | Assets Exempt: | $508,715.00 |
| Total Distributions to Claimants: | $584,363.47 | Claims Discharged Without Payment: | $390,371.42 |
| Total Expenses of Administration: | $219,101.47 | | |

3)  Total gross receipts of $803,464.94  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $803,464.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $37,712.00 | $3,289,032.23 | $3,379,968.70 | $584,363.47 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $227,381.47 | $219,101.47 | $219,101.47 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $85,086.43 | $85,086.43 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $181,527.00 | $149,927.99 | $149,927.99 | $0.00 |
| **Total Disbursements** | $219,239.00 | $3,751,428.12 | $3,834,084.59 | $803,464.94 |

4). This case was originally filed under chapter 7 on 11/23/2016. The case was pending for 51 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2021     By: /s/ Ronald E. Ingalls
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1100 S. Gaston, Crane, TX 79731 LOTS 1 - 6 BLK 52, ORIGINAL TOWN, Crane County, Texas. | 1110-000 | $20,000.00 |
| 1104 SW 3rd, Crane, TX AB 17 SEC 7 BLK X CCSD AND RGNG, .260 AC OUT OF A 19.12 AC TR, Crane County, Texas. | 1110-000 | $140,100.00 |
| 301 E 23RD ST, Crane TX 79731 LT 5 BLK 7, Mountain View, Crane County, Texas. | 1110-000 | $25,000.00 |
| 306 E 22nd Street, Crane, Texas 79731 LT 4 BLK 7 MOUNTAIN VIEW, Crane County, Texas. | 1110-000 | $77,000.00 |
| 525 SE CO RD, Crane, Texas 79731 LTS 1-2 BLK 6, Industrial Park, Crane, Texas 79731. | 1110-000 | $150,000.00 |
| 604 E 21st Street Crane TX 79731LT 3 AND W/12 LT 4 BLK 18 MOUNTAIN VIEW, Crane County, Texas. | 1110-000 | $80,000.00 |
| Machinery & Equipment of business | 1129-000 | $72,000.00 |
| Rent received | 1222-000 | $5,600.00 |
| Royalties, production - SWD well | 1223-000 | $52,627.76 |
| Assets turned over by receiver | 1229-000 | $90,223.18 |
| Insurance premium refund | 1229-000 | $914.00 |
| Tenant in common, SWD Well | 1229-000 | $90,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$803,464.94** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Crane County | 4800-000 | $0.00 | $7,110.71 | $70,825.94 | $70,825.94 |
| 3S | Internal Revenue Service | 4300-000 | $0.00 | $2,604,996.78 | $2,604,996.78 | $197,371.04 |
| 4 | Texas Workforce Commission | 4800-000 | $0.00 | $12,906.06 | $12,906.06 | $12,906.06 |
| 5 | Community National Bank | 4210-000 | $0.00 | $319,375.95 | $319,375.95 | $0.00 |
| 16 | Warren Power & Machinery, Inc. d/b/a Warren CAT | 4120-000 | $0.00 | $123,335.49 | $138,630.49 | $138,630.49 |
| 17 | Dale H. Schenck, AIA | 4120-001 | $0.00 | $38,220.00 | $50,146.24 | $50,146.24 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | 18 | Integrity Factoring & Consulting, Inc. | 4120-000 | $0.00 | $54,488.47 | $54,488.47 | $0.00 |
| | 19 | Unifirst Holdings, Inc. | 4210-000 | $0.00 | $14,115.07 | $14,115.07 | $0.00 |
| | | Security Bank - 1st lien payoff | 4110-000 | $0.00 | $8,524.39 | $8,524.39 | $8,524.39 |
| | IRS | Internal Revenue Service | 4300-000 | $0.00 | $64,683.00 | $64,683.00 | $64,683.00 |
| | MHC | MHC Financial Services Inc | 4210-000 | $0.00 | $41,276.31 | $41,276.31 | $41,276.31 |
| | | Santander Consumer USA | 4110-000 | $37,712.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | | $37,712.00 | $3,289,032.23 | $3,379,968.70 | $584,363.47 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $43,423.25 | $43,423.25 | $43,423.25 |
| Claim Amount, Trustee | 2200-000 | NA | $1,568.94 | $1,568.94 | $1,568.94 |
| International Sureties Ltd | 2300-000 | NA | $498.38 | $498.38 | $498.38 |
| Century 21 - The Edge - Realtor for Buyer | 2500-000 | NA | $2,800.00 | $2,800.00 | $2,800.00 |
| Century 21 The Edge - Realtor for Buyer commision | 2500-000 | NA | $750.00 | $750.00 | $750.00 |
| Century 21 The Edge - Realtor for Buyer commission | 2500-000 | NA | $4,710.00 | $4,710.00 | $4,710.00 |
| Closing costs credit | 2500-000 | NA | $4,200.00 | $4,200.00 | $4,200.00 |
| Crane County Abstract - closing costs | 2500-000 | NA | $3,565.00 | $3,565.00 | $3,565.00 |
| Crane County Abstract - Overpaid court costs refunded 08/29/18 | 2500-000 | NA | $37.00 | $37.00 | $37.00 |
| Crane County Abstract Co | 2500-000 | NA | ($37.00) | ($37.00) | ($37.00) |
| Crane County Abstract Co - closing costs | 2500-000 | NA | $563.50 | $563.50 | $563.50 |
| Crane County District Clerk | 2500-000 | NA | $1,898.00 | $1,898.00 | $1,898.00 |
| Document preparation | 2500-000 | NA | $85.00 | $85.00 | $85.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| McGlinchey Stafford Youngblood & Assoc. - deed preparation fee | 2500-000 | NA | $125.00 | $125.00 | $125.00 |
| Pre-paid option fee | 2500-000 | NA | $100.00 | $100.00 | $100.00 |
| Title Insurance | 2500-000 | NA | $973.00 | $973.00 | $973.00 |
| Independent Bank | 2600-000 | NA | $766.26 | $766.26 | $766.26 |
| Integrity Bank | 2600-000 | NA | $10,474.34 | $10,474.34 | $10,474.34 |
| US Bankruptcy Clerk - Austin | 2700-000 | NA | $181.00 | $181.00 | $181.00 |
| Crane County | 2820-000 | NA | $9,888.06 | $9,888.06 | $9,888.06 |
| Crane County - 2017 prorated taxes | 2820-000 | NA | $1,836.36 | $1,836.36 | $1,836.36 |
| Crane County - 2019 taxes | 2820-000 | NA | $23.49 | $23.49 | $23.49 |
| Crane County - prorated 2017 taxes | 2820-000 | NA | $389.53 | $389.53 | $389.53 |
| Crane County Taxes - post petition | 2820-000 | NA | $1,638.93 | $1,638.93 | $1,638.93 |
| attorney fees per order dkt#102, Attorney for Trustee | 3210-000 | NA | $6,080.00 | $6,080.00 | $6,080.00 |
| attorney expenses per order dkt#102, Attorney for Trustee | 3220-000 | NA | $1,152.84 | $1,152.84 | $1,152.84 |
| Accountant for Trustee | 3410-000 | NA | $1,900.00 | $1,900.00 | $1,900.00 |
| Accountant for Trustee | 3420-000 | NA | $65.20 | $65.20 | $65.20 |
| Area Properties, Inc - Realtor for Trustee commission, Realtor for Trustee | 3510-000 | NA | $9,460.00 | $9,460.00 | $9,460.00 |
| Receiver fees order #100, 5/30/17, Other Professional | 3991-000 | NA | $115,000.00 | $106,720.00 | $106,720.00 |
| Receiver expense order #100, 5/30/17, Other Professional | 3992-000 | NA | $3,265.39 | $3,265.39 | $3,265.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $227,381.47 | $219,101.47 | $219,101.47 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Internal Revenue | 5800-000 | $0.00 | $85,086.43 | $85,086.43 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  | Service |  |  |  |
|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** |  |  | $0.00 | $85,086.43 | $85,086.43 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Crane County | 7100-000 | $0.00 | $50,973.64 | $50,973.64 | $0.00 |
| 2 | Discover Bank | 7100-000 | $6,860.00 | $7,010.63 | $7,010.63 | $0.00 |
| 3U | Internal Revenue Service | 7100-000 | $0.00 | $56,696.64 | $56,696.64 | $0.00 |
| 6 | Joe and Judy Crawford | 7100-000 | $0.00 | $10,095.89 | $10,095.89 | $0.00 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | $1,015.00 | $1,015.63 | $1,015.63 | $0.00 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | $387.00 | $387.19 | $387.19 | $0.00 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | $1,567.00 | $1,567.05 | $1,567.05 | $0.00 |
| 10 | Wells Fargo Bank, NA | 7100-000 | $8,527.00 | $8,527.43 | $8,527.43 | $0.00 |
| 11 | Ally Bank | 7100-000 | $0.00 | $5,353.09 | $5,353.09 | $0.00 |
| 12 | American Express Bank, FSB | 7100-000 | $5,353.00 | $4,572.29 | $4,572.29 | $0.00 |
| 13 | Midland Funding LLC | 7100-000 | $0.00 | $1,266.99 | $1,266.99 | $0.00 |
| 14 | American Express Bank, FSB | 7100-000 | $1,013.00 | $1,013.46 | $1,013.46 | $0.00 |
| 15 | PYOD, LLC | 7100-000 | $1,448.00 | $1,448.06 | $1,448.06 | $0.00 |
|  | ABC/Amega, Inc | 7100-000 | $1,602.00 | $0.00 | $0.00 | $0.00 |
|  | Collection resources | 7100-000 | $196.00 | $0.00 | $0.00 | $0.00 |
|  | Collection Resources | 7100-000 | $162.00 | $0.00 | $0.00 | $0.00 |
|  | Collection resources | 7100-000 | $116.00 | $0.00 | $0.00 | $0.00 |
|  | Collection Resources | 7100-000 | $112.00 | $0.00 | $0.00 | $0.00 |
|  | Enhanced Recovery Company | 7100-000 | $412.00 | $0.00 | $0.00 | $0.00 |
|  | Fnb Omaha | 7100-000 | $1,121.00 | $0.00 | $0.00 | $0.00 |
|  | HMI Financial Services | 7100-000 | $7,972.00 | $0.00 | $0.00 | $0.00 |
|  | Jh Portfolio Debt | 7100-000 | $1,122.00 | $0.00 | $0.00 | $0.00 |
|  | John Deere Financial | 7100-000 | $19,653.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Paramount Recovery Systems | 7100-000 | $116.00 | $0.00 | $0.00 | $0.00 |
| Perfection Collection | 7100-000 | $1,303.00 | $0.00 | $0.00 | $0.00 |
| United Revenue Corp | 7100-000 | $981.00 | $0.00 | $0.00 | $0.00 |
| Warren Power & Machinery, Inc. | 7100-000 | $120,489.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $181,527.00 | $149,927.99 | $149,927.99 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 16-70185-TMD | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | Date Filed (f) or Converted (c): | 11/23/2016 (f) |
| For the Period Ending: | 2/9/2021 | §341(a) Meeting Date: | 12/20/2016 |
| | | Claims Bar Date: | 03/27/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Assets turned over by receiver (u) | $0.00 | $90,223.18 | | $90,223.18 | FA |
| 2 | 327 Fox Road Crane TX 79731 Crane County 23.75 ACS IN S/PART SEC 4, BLK X CCSD AND RGNG AB 1094, Crane County, Texas | $459,400.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Commercial State Bank foreclosed on the real property. Debtor believes that he was not provided proper notice. Listed for informational purposes. - CAD clm states address is 357 not 327 - | | | | | |
| 3 | 604 E 21st Street Crane TX 79731 LT 3 AND W/12 LT 4 BLK 18 MOUNTAIN VIEW, Crane County, Texas. | $49,400.00 | $80,000.00 | | $80,000.00 | FA |
| 4 | 306 E 22nd Street, Crane, Texas 79731 LT 4 BLK 7 MOUNTAIN VIEW, Crane County, Texas. | $31,500.00 | $77,000.00 | | $77,000.00 | FA |
| 5 | 1100 S. Gaston, Crane, TX 79731 LOTS 1 - 6 BLK 52, ORIGINAL TOWN, Crane County, Texas. | $57,010.00 | $20,000.00 | | $20,000.00 | FA |
| Asset Notes: | Just Trucking listed as owner. [vacant ppty owned free and clear, once a gas station; underground tanks replaced in 1990s]; email from Stecker taxes PIF 06/06/19 | | | | | |
| 6 | 525 SE CO RD, Crane, Texas 79731 LTS 1-2 BLK 6, Industrial Park, Crane, Texas 79731. | $27,250.00 | $150,000.00 | | $150,000.00 | FA |
| 7 | 509 S VIVIAN, Crane, Texas 79731. LTS 17-19 BLK 23, ORIGINAL TOWN, Crane, Texas 79731. | $86,380.00 | $86,380.00 | OA | $0.00 | FA |
| Asset Notes: | title not clear, unable to locate predecessor in interest; TTE ntc abandon asset d 07/01/20 dkt 171; order #176 7/28/20 | | | | | |
| 8 | 301 E 23RD ST, Crane TX 79731 LT 5 BLK 7, Mountain View, Crane County, Texas. | $45,110.00 | $25,000.00 | | $25,000.00 | FA |
| Asset Notes: | [no tenant; house; not rented in 4 months last tenant killed in car wreck] | | | | | |
| 9 | 1102 N. West County Rd (Water Station) Hwy 385 | $150,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | [same as 525, or 509, same property] | | | | | |
| 10 | 1201 SE CO RD, Crane, Texas.LTS 11-13 BLK 2 INDUSTRIAL, PARK, Crane County, Texas. | $98,340.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 16-70185-TMD | Trustee Name: | Ronald E. Ingalls |
| Case Name: | WOODFIN, MARK AARON | Date Filed (f) or Converted (c): | 11/23/2016 (f) |
| For the Period Ending: | 2/9/2021 | §341(a) Meeting Date: | 12/20/2016 |
| | | Claims Bar Date: | 03/27/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Asset Notes: | Just Trucking listed as owner. [Community Nat'l Bank foreclosed about 1 1/2 yr ago | | | | | |
| Ref. # | | | | | | |
| 11 | 1104 SW 3rd, Crane, TX AB 17 SEC 7 BLK X CCSD AND RGNG, .260 AC OUT OF A 19.12 AC TR, Crane County, Texas. | $175,550.00 | $105,362.86 | | $140,100.00 | FA |
| Asset Notes: | [house, no tenant]]; email from Stecker taxes PIF 06/06/19 | | | | | |
| 12 | 2015 Chevrolet PU | $39,515.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | odr MLS d 03/21/18 dkt 129 | | | | | |
| 13 | 2016 Chevrolet Silverado | $37,712.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Odr MLS d 03/21/18 dkt 329 | | | | | |
| 14 | Household | $3,000.00 | $0.00 | | $0.00 | FA |
| 15 | Electronics | $3,000.00 | $0.00 | | $0.00 | FA |
| 16 | Sports & Hobby Equipment | $1,500.00 | $0.00 | | $0.00 | FA |
| 17 | 4 Firearms | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 12 gauge shotgun, 270 rifle and 2 hand guns | | | | | |
| 18 | Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 19 | Pets | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 2 horses and a dog | | | | | |
| 20 | Cash | $30.00 | $30.00 | | $0.00 | FA |
| 21 | Machinery & Equipment of business | $60,000.00 | $72,000.00 | | $72,000.00 | FA |
| Asset Notes: | Kenworth Trucks, tools and welder | | | | | |
| 22 | Royalties, production - SWD well (u) | $0.00 | $142,627.76 | | $52,627.76 | FA |
| 23 | Rent received (u) | $0.00 | $5,600.00 | | $5,600.00 | FA |
| 24 | Insurance premium refund (u) | $0.00 | $914.00 | | $914.00 | FA |
| 25 | Tenant in common, SWD Well (u) | $0.00 | $90,000.00 | | $90,000.00 | FA |
| Asset Notes: | sale per odr d 03/28/17 dkt 72 salt water disposal well, water station | | | | | |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$1,326,997.00    $945,137.80    $803,464.94    $0.00

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No.: 3     Exhibit 8

| Case No.: | 16-70185-TMD | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | Date Filed (f) or Converted (c): | 11/23/2016 (f) |
| For the Period Ending: | 2/9/2021 | §341(a) Meeting Date: | 12/20/2016 |
| | | Claims Bar Date: | 03/27/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

TDR to REI for review

Odr pay TFR

TFR Filed at Court

TFR to UST

ck 1016 reprinted as claimed funds

original tax id used 61-6564288

IRS Notice 9/28/20 issued new tax id#90-6297652

TFR to REI for review

check on Woodfin 60 day letter and penalty assessment

Order Abandon S Vivian

Odr pay taxes

Odr pay Mosley

Mtn to pay taxes RE proceeds

Mosley fwded 2017-19 estate rtns & fee app filed

prep 5 obj clms

Odr dissolve receivership

Crane Cnty amended clm 1 and filed new clm 20

TTE Sale reports; 525 SE CR; 301 E 23rd St; 707 Alford; 306 E 22nd; 604 E 21st; 1104 SW 3rd St; 1100 S Gaston; 2 Kenworths

Mtn dissolve receivership

Odr hire Mosley

MTH Mosley

Odr Crawford MLS

Odr on MTS 1100 S Gaston

MTS 1100 S Gaston

Supplemental ODR re: RE sale

Mtn for supplemental ODR on RE sale

Odr Satander MLS

MLS Santander 2015 Silverado

Odr sell 509 S Vivian & 1104 SW 3rd

Mtn to sell 509 S Vivian & 1104 SW 3rd

Odr MTS 301 E 23rd

Creditor response to TTE MTS

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4  Exhibit 8

| Case No.: | 16-70185-TMD | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | Date Filed (f) or Converted (c): | 11/23/2016 (f) |
| For the Period Ending: | 2/9/2021 | §341(a) Meeting Date: | 12/20/2016 |
| | | Claims Bar Date: | 03/27/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Hrg set on Emer MTS for 07/18/17 1:30pm
Ltr resp from Mickey Jones to MTS rec;d via email
TTE mtn sell
Odr Sather Fee App
Odr pay Receiver
Creditor resp fee app
1st fee app Sather
Odrs sell RE 21st St & 22nd St props
Mtns sell 2 RE props
receivership fee app
Odr sell 2 trucks and Odr sell RE
Resp to MTS w/ no opposition
TTE Mtn sell RE
Ntc Community NB to take 2004 exam
TTE Mtn Sell trucks
Odr hire Area Prop
TTE Mtn t-o trucks
TTE MTH Area Properties
2004 exam ntc of Allen Cannon for Creditor Community National Bank set for 02/24/17 10am @ 4840 E University Blvd Ste 200 Odessa TX 79762 - correction 02/23
odr on Motion to Substantively Consolidate Aaron's Roustabout & Rental Services, LLC, Just Trucking, Inc., Just Trucking Rentals, LLC and Castle Gap Construction, LLC with Estate
Odr hire Sather
Motion to Substantively Consolidate Aaron's Roustabout & Rental Services, LLC, Just Trucking, Inc., Just Trucking Rentals, LLC and Castle Gap Construction, LLC with Estate
UST Statement of Inability to Determine Presumed Abuse
Mtn hire Sather
Odr allow time to file scheds to 12/22

Initial Projected Date Of Final Report (TFR):  12/31/2018     Current Projected Date Of Final Report (TFR):  12/31/2020     /s/ RONALD E. INGALLS

RONALD E. INGALLS

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70185-TMD | | | Trustee Name: | Ronald E. Ingalls |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WOODFIN, MARK AARON | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4288 | | | Checking Acct #: | ******0185 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/23/2016 | | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 2/9/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/14/2016 | (23) | Dawn Barrow | mo 60308394 d 12/9/16 rent 509 S Vivian | 1222-000 | $100.00 | | $100.00 |
| 12/14/2016 | (23) | Dawn Barrow | mo 60308393 d 12/9/16 rent 509 S. Vivian | 1222-000 | $300.00 | | $400.00 |
| 12/21/2016 | (1) | Stephen W Lemmon Receiver | wire in from liquidation of assets by state court receiver | 1229-000 | $90,223.18 | | $90,623.18 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $56.60 | $90,566.58 |
| 01/02/2017 | (23) | Ma De Jesus Murguia | ck 1013 d 1/1/17 rent 525 #S County Rd | 1222-000 | $400.00 | | $90,966.58 |
| 01/24/2017 | (23) | Dawn Barrow | mo 60461226 d 1/16/17 rent 509 S. Vivian | 1222-000 | $100.00 | | $91,066.58 |
| 01/24/2017 | (23) | Dawn Barrow | mo 60461225 d 1/16/17 rent 509 S. Vivian | 1222-000 | $300.00 | | $91,366.58 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $146.77 | $91,219.81 |
| 02/06/2017 | (23) | Ma De Jesus Murguia | ck 1014 d 2/1/17 rent 525 ES County Rd | 1222-000 | $400.00 | | $91,619.81 |
| 02/19/2017 | (22) | Leather Neck Servicers Inc | ck 2727 d 2/3/17 operating | 1223-000 | $19,310.94 | | $110,930.75 |
| 02/19/2017 | (22) | Leather Neck Services, Inc | ck 2728 d 1/3/17 royalty | 1223-000 | $16,998.60 | | $127,929.35 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $146.56 | $127,782.79 |
| 03/01/2017 | (23) | Dawn Barrow | MO 60582221 d 2/17/17 rent 509 S Vivian | 1222-000 | $100.00 | | $127,882.79 |
| 03/01/2017 | (23) | Dawn Barrow | MO 60582222 d 2/17/17 rent 509 S Vivian | 1222-000 | $300.00 | | $128,182.79 |
| 03/03/2017 | 1001 | International Sureties Ltd | Bond Payment | 2300-000 | | $24.13 | $128,158.66 |
| 03/07/2017 | (22) | Leather Neck Services Inc | ck 2749 d 3/4/17 operations | 1223-000 | $16,318.22 | | $144,476.88 |
| 03/07/2017 | (23) | Ma De Jesus Murguia | ck 1015 d 3/1/17 rent 525 Cournty Rd | 1222-000 | $400.00 | | $144,876.88 |
| 03/13/2017 | (23) | Ma De Jesus Murguia | ck 1015 d 3/1/17 rent 525 Cournty Rd | 1222-000 | ($400.00) | | $144,476.88 |
| 03/20/2017 | 1002 | US Bankruptcy Clerk - Midland | VOID ck 1002 filing fee motion #59 free and clear of liens | 2700-003 | | $181.00 | $144,295.88 |
| 03/23/2017 | (23) | Dawn Barrow | mo 60673209 d 3/17/17 rent 509 S Vivian | 1222-000 | $200.00 | | $144,495.88 |
| 03/23/2017 | (23) | Dawn Barrow | mo 60673210 d 3/17/17 rent 509 S. Vivian | 1222-000 | $200.00 | | $144,695.88 |
| 03/29/2017 | | Leather Neck Oilfield Srevices Inc | cc 123863 d 3/28/17; sale per odr d 03/28/17 dkt 72 salt water disposal well, water station | * | $240,000.00 | | $384,695.88 |
| | {6} | | sale of lot 525 SE CR Crane TX lots 1 & 2 Blk 6 in the Industrial Park Addition $150,000.00 | 1110-000 | | | $384,695.88 |
| | {25} | | sale of 18.75% interest in salt water disposal well $90,000.00 | 1229-000 | | | $384,695.88 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $240.00 | $384,455.88 |

SUBTOTALS $385,250.94 $795.06

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70185-TMD | | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4288 | | | Checking Acct #: | ******0185 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/23/2016 | | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 2/9/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/04/2017 | (23) | Ma De Jesus Murguia | Re-Deposit of DEP REVERSE: Ma De Jesus Murguia ck 1015 d 3/1/17 rent 525 Cournty Rd - bank redeposit on 03/10 cleared and we missed it. | 1222-000 | $400.00 | | $384,855.88 |
| 04/17/2017 | (21) | Denise Esquivel | cc 124206 d 4/10/17 2012 Kenworth W900 310458 | 1129-000 | $35,500.00 | | $420,355.88 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $625.02 | $419,730.86 |
| 05/03/2017 | 1003 | MHC Financial Services Inc | payoff two trucks per order d 03/28/17 dkt 71 | 4210-000 | | $41,276.31 | $378,454.55 |
| 05/06/2017 | (21) | Denise Esquivel | partial payment truck T800 | 1129-000 | $6,000.00 | | $384,454.55 |
| 05/06/2017 | (23) | Dawn Barrow | mo 0049011010 d 4/25/17 rent S. Vivian | 1222-000 | $200.00 | | $384,654.55 |
| 05/06/2017 | (23) | Dawn Barrow | mo 60804309 d 4/29/17 rent S. Vivian | 1222-000 | $200.00 | | $384,854.55 |
| 05/09/2017 | (24) | CNA Worldwide Operations | ck 1571184 d 4/11/17 insurance premium refund, Castle Gap | 1229-000 | $914.00 | | $385,768.55 |
| 05/17/2017 | 1004 | Crane County Tax Office | Prop ID: R000003206 GEOID: 00080-00290-00000-00000 525 SE Co Rd | 4800-000 | | $2,685.30 | $383,083.25 |
| 05/31/2017 | (23) | Dawn Barrow | mo 60825809 d 5/23/17 rent 509 S Vivian | 1222-000 | $300.00 | | $383,383.25 |
| 05/31/2017 | (23) | Dawn Barrow | mo 60825808 d 5/23/17 rent 509 S. Vivian | 1222-000 | $100.00 | | $383,483.25 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $577.36 | $382,905.89 |
| 06/02/2017 | | Crane County Abstract | sale of 306 E 22nd per order #89, 5/5/2017 | * | $65,559.71 | | $448,465.60 |
| | {4} | | Sale price $77,000.00 | 1110-000 | | | $448,465.60 |
| | | | Crane County - prorated 2017 taxes $(389.53) | 2820-000 | | | $448,465.60 |
| | | | Crane County - 2016 taxes $(2,925.76) | 4800-000 | | | $448,465.60 |
| | | | Linebarger Goggin Blair et al - court costs awarded to attorneys for Crane County $(2,449.00) | 4800-000 | | | $448,465.60 |
| | | | Area Properties, Inc - Realtor for Trustee commission $(2,310.00) | 3510-000 | | | $448,465.60 |
| | | | Crane County Abstract - closing costs $(1,019.00) | 2500-000 | | | $448,465.60 |
| | | | Century 21 The Edge - Realtor for Buyer commission $(2,310.00) | 2500-000 | | | $448,465.60 |
| | | | Crane County Abstract - Overpaid court costs refunded 08/29/18 $(37.00) | 2500-000 | | | $448,465.60 |

SUBTOTALS    $109,173.71    $45,163.99

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-70185-TMD | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4288 | | Checking Acct #: | ******0185 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/23/2016 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 2/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/06/2017 | (21) | Dakota Financial | completion of sale of truck per order#71 d 3/28/17 | 1129-000 | $30,500.00 | | $478,965.60 |
| 06/06/2017 | 1005 | Stephen W. Lemmons, Receiver of Castle Gap Construction LLC and Mrak Woodfin | VOID ck 1005 receiver fees, expenses per order dkt#100 | * | | $109,985.39 | $368,980.21 |
| | | | receiver fees per order dkt#100    $(106,720.00) | 3991-003 | | | $368,980.21 |
| | | | receiver expenses per order dkt#100    $(3,265.39) | 3992-003 | | | $368,980.21 |
| 06/06/2017 | 1006 | STEPHEN W. SATHER | attorney fees, expenses per order dkt#102 | * | | $7,232.84 | $361,747.37 |
| | | | attorney fees per order dkt#102    $(6,080.00) | 3210-000 | | | $361,747.37 |
| | | | attorney expenses per order dkt#102    $(1,152.84) | 3220-000 | | | $361,747.37 |
| 06/06/2017 | 1007 | Crane County | business personal property taxes for Just Trucking per order #71 d3/28/17 | 4800-000 | | $21,394.96 | $340,352.41 |
| 06/13/2017 | 1008 | Crane County | interest on Just Trucking personal property tax per order #71, 3/28/17 | 4800-000 | | $1,497.65 | $338,854.76 |
| 06/16/2017 | 1005 | VOID: Stephen W. Lemmons, Receiver of Castle Gap Construction LLC and Mrak | VOID ck 1005 receiver fees, expenses per order dkt#100 | * | | ($109,985.39) | $448,840.15 |
| | | | $106,720.00 | 3991-003 | | | $448,840.15 |
| | | | $3,265.39 | 3992-003 | | | $448,840.15 |
| 06/16/2017 | 1009 | Husch Blackwell LLP | Receiver of Castle Gap Construction, LLC and Mark Woodfin Receivership; order #100, 5/30/17 | * | | $109,985.39 | $338,854.76 |
| | | | Receiver fees order #100, 5/30/17    $(106,720.00) | 3991-000 | | | $338,854.76 |
| | | | Receiver expense order #100, 5/30/17    $(3,265.39) | 3992-000 | | | $338,854.76 |
| 06/29/2017 | (23) | Dawn Barrow | mo 60988107 d 6/23/17 rent 509 S Vivian | 1222-000 | $300.00 | | $339,154.76 |
| 06/29/2017 | (23) | Dawn Barrow | mo 60988108 d 6/23/17 rent 509 S Vivian | 1222-000 | $100.00 | | $339,254.76 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $606.55 | $338,648.21 |
| 07/07/2017 | 1002 | VOID: US Bankruptcy Clerk - Midland | VOID ck 1002 filing fee motion #59 free and clear of liens | 2700-003 | | ($181.00) | $338,829.21 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $503.31 | $338,325.90 |
| 08/08/2017 | (23) | Dawn Barrow | mo 61076390 d 7/21/17 rent | 1222-000 | $100.00 | | $338,425.90 |
| 08/08/2017 | (23) | Dawn Barrow | mo 61076389 d 7/21/17 rent | 1222-000 | $300.00 | | $338,725.90 |

**SUBTOTALS** $31,300.00    $141,039.70

Page No: 4     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70185-TMD | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4288 | Checking Acct #: | ******0185 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/23/2016 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 2/9/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/19/2017 | | Crane County Abstract Co | Wire in sale of 301 E 23 per order dkt 115 | | * | $10,028.33 | | $348,754.23 |
| | {8} | | Sale price | $25,000.00 | 1110-000 | | | $348,754.23 |
| | | | Area Properties, Inc. - Realtor for Trustee commission | $(750.00) | 3510-000 | | | $348,754.23 |
| | | | Security Bank - 1st lien payoff | $(8,524.39) | 4110-000 | | | $348,754.23 |
| | | | Crane County Abstract - closing costs | $(688.00) | 2500-000 | | | $348,754.23 |
| | | | Crane County - 2016 taxes | $(3,383.15) | 4800-000 | | | $348,754.23 |
| | | | Crane County - 2017 prorated taxes | $(876.13) | 2820-000 | | | $348,754.23 |
| | | | Century 21 The Edge - Realtor for Buyer commision | $(750.00) | 2500-000 | | | $348,754.23 |
| 08/21/2017 | | Crane County Abstract | sale of 604 E 21 per odr dkt 90 d 05/05/2017 | | * | $67,896.38 | | $416,650.61 |
| | {3} | | Sale price | $80,000.00 | 1110-000 | | | $416,650.61 |
| | | | Crane County Abstract - closing costs | $(606.00) | 2500-000 | | | $416,650.61 |
| | | | Area Properties, Inc - Realtor for Trustee commission | $(2,400.00) | 3510-000 | | | $416,650.61 |
| | | | Crane County - 2016 taxes | $(5,029.39) | 4800-000 | | | $416,650.61 |
| | | | McGlinchey Stafford Youngblood & Assoc. - deed preparation fee | $(125.00) | 2500-000 | | | $416,650.61 |
| | | | Crane County Abstract - closing costs | $(583.00) | 2500-000 | | | $416,650.61 |
| | | | Century 21 The Edge - Realtor for Buyer commission | $(2,400.00) | 2500-000 | | | $416,650.61 |
| | | | Crane County - 2017 prorated taxes | $(960.23) | 2820-000 | | | $416,650.61 |
| 08/29/2017 | (23) | Dawn Barrow | mo 61130535 d 8/25/17 rent S Vivian | | 1222-000 | $200.00 | | $416,850.61 |
| 08/29/2017 | (23) | Dawn Barrow | mo 61130536 d 8/25/17 rent S. Vivian | | 1222-000 | $20.00 | | $416,870.61 |
| 08/29/2017 | | Crane County Abstract Co | ck 4023 d 8/25/17 306 E 22nd | | 2500-000 | | ($37.00) | $416,907.61 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $545.53 | $416,362.08 |
| 09/07/2017 | (23) | Dawn Barrow | mo 61130536 d 8/25/17 rent S. Vivian; correcting original deposit s/be been $200 not $20 | | 1222-000 | $180.00 | | $416,542.08 |
| 09/29/2017 | 1010 | International Sureties Ltd | Bond Payment | | 2300-000 | | $130.28 | $416,411.80 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | | 2600-000 | | $598.75 | $415,813.05 |

SUBTOTALS    $78,324.71    $1,237.56

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70185-TMD | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4288 | | Checking Acct #: | ******0185 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/23/2016 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 2/9/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/02/2017 | (23) | Dawn Barrow | mo 61291709 d 9/29/17 509 S. Vivian | 1222-000 | $300.00 | | $416,113.05 |
| 10/02/2017 | (23) | Dawn Barrow | mo 61291708 d 9/29/17 509 S. Vivian | 1222-000 | $100.00 | | $416,213.05 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $618.28 | $415,594.77 |
| 11/02/2017 | (23) | Dawn Barrow | mo 61377166 d 10/30/17 S. Vivian rent | 1222-000 | $200.00 | | $415,794.77 |
| 11/02/2017 | (23) | Dawn Barrow | mo 61377167 d 10/30/17 S Vivian rent | 1222-000 | $200.00 | | $415,994.77 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $597.93 | $415,396.84 |
| 12/18/2017 | (11) | Joe Hernandez Brissa Gomez | ck 110 d 11/5/17 option fee 1104 SW 3rd | 1110-000 | $100.00 | | $415,496.84 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $617.15 | $414,879.69 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $616.32 | $414,263.37 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $555.85 | $413,707.52 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $614.58 | $413,092.94 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $593.87 | $412,499.07 |
| 05/14/2018 | | Crane County Abstract | sale of 1104 SW 3rd per Odr d 01/03/2018 dkt 122 | * | $105,262.86 | | $517,761.93 |
| | {11} | | Crane County Abstract Co - sale proceeds    $140,000.00 | 1110-000 | | | $517,761.93 |
| | | | Crane County Taxes - post petition    $(1,638.93) | 2820-000 | | | $517,761.93 |
| | | | Crane County Taxes - pre-petition    $(21,576.71) | 4800-000 | | | $517,761.93 |
| | | | Area Properties, Inc. - Realtor for Trustee    $(2,800.00) | 3510-000 | | | $517,761.93 |
| | | | Century 21 - The Edge - Realtor for Buyer    $(2,800.00) | 2500-000 | | | $517,761.93 |
| | | | Crane County Abstract Co - closing costs    $(563.50) | 2500-000 | | | $517,761.93 |
| | | | Closing costs credit    $(4,200.00) | 2500-000 | | | $517,761.93 |
| | | | Document preparation    $(85.00) | 2500-000 | | | $517,761.93 |
| | | | Title Insurance    $(973.00) | 2500-000 | | | $517,761.93 |
| | | | Pre-paid option fee    $(100.00) | 2500-000 | | | $517,761.93 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $703.58 | $517,058.35 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $743.33 | $516,315.02 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $767.00 | $515,548.02 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $123.53 | $515,424.49 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($123.53) | $515,548.02 |
| | | | SUBTOTALS | | $106,162.86 | $6,427.89 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70185-TMD | | | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4288 | | | Checking Acct #: | ******0185 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/23/2016 | | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 2/9/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $9,022.09 | $506,525.93 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($9,022.09) | $515,548.02 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $766.26 | $514,781.76 |
| 09/28/2018 | 1011 | International Sureties Ltd | Bond Payment | 2300-000 | | $181.15 | $514,600.61 |
| 10/15/2018 | 1012 | US Bankruptcy Clerk - Austin | Mtn for Sale Free and Clear (dkt #141) | 2700-000 | | $181.00 | $514,419.61 |
| 01/08/2019 | | Crane County Abstract | wire-in, sale of 1100 S Gaston per order d 11/06/18 dkt 146 | * | $8,218.99 | | $522,638.60 |
| | {5} | | Sales proceeds per Odr d 11/06/18 dkt 146    $20,000.00 | 1110-000 | | | $522,638.60 |
| | | | Crane County - taxes    $(9,884.02) | 4800-000 | | | $522,638.60 |
| | | | Area Properties, Inc. - realtor for Trustee commissions    $(1,200.00) | 3510-000 | | | $522,638.60 |
| | | | Crane County Abstract - closing costs    $(673.50) | 2500-000 | | | $522,638.60 |
| | | | Crane County - 2019 taxes    $(23.49) | 2820-000 | | | $522,638.60 |
| 01/11/2019 | 1013 | Crane County District Clerk | Case NO 6428 re: 1100 S. Gaston per order #146 | 2500-000 | | $1,898.00 | $520,740.60 |
| 10/07/2019 | 1014 | International Sureties Ltd | 2019 Bond Inv d 10/02/19 #016071777 | 2300-000 | | $162.82 | $520,577.78 |
| 02/21/2020 | | Crane County Abstract | ck 1356 d 2/19/20 refund of guaranty assessment fee | * | | ($4.50) | $520,582.28 |
| | | | Crane County Abstract - closing costs    $2.50 | 2500-000 | | | $520,582.28 |
| | | | Crane County Abstract - closing costs    $2.00 | 2500-000 | | | $520,582.28 |
| 07/13/2020 | 1015 | John Mosley | fees & exp allowed per odr d 07/10/20 dkt 172 | * | | $1,965.20 | $518,617.08 |
| | | | $(1,900.00) | 3410-000 | | | $518,617.08 |
| | | | $(65.20) | 3420-000 | | | $518,617.08 |
| 07/15/2020 | 1016 | Dale H. Schenck, AIA | secured judgment lien per order #174, 7/13/20 | 4120-000 | | $50,146.24 | $468,470.84 |
| 07/15/2020 | 1017 | Warren Power & Machinery, Inc. d/b/a Warren CAT | secured judgment lien per order #174, d 7/13/20 | 4120-000 | | $138,630.49 | $329,840.35 |
| 07/15/2020 | 1018 | Texas Workforce Commission | secured tax lien per order #174, d 7/13/20 | 4800-000 | | $12,906.06 | $316,934.29 |
| 07/16/2020 | | Internal Revenue Service | per odr 07/13/20 dkt 174 - 2017 1041 taxes $7,341.00 pmt auth from EFTPS 15809452; 2018 1041 taxes $57,342.00 pmt auth from EFTPS 61708576 | 4300-000 | | $64,683.00 | $252,251.29 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $440.98 | $251,810.31 |
| | | | **SUBTOTALS** | | **$8,218.99** | **$271,956.70** | |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-70185-TMD | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4288 | Checking Acct #: | ******0185 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/23/2016 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 2/9/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2020 | | Independent Bank | Bank Fee Reversal | 2600-000 | | ($440.98) | $252,251.29 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $440.98 | $251,810.31 |
| 10/02/2020 | | Independent Bank | Bank Fee Reversal | 2600-000 | | ($440.98) | $252,251.29 |
| 10/16/2020 | 1016 | STOP PAYMENT: Dale H. Schenck, AIA | Stop Payment for Check# 1016 | 4120-004 | | ($50,146.24) | $302,397.53 |
| 10/16/2020 | 1019 | Clerk, US Bankruptcy Court | Unclaimed Funds | 4120-001 | | $50,146.24 | $252,251.29 |
| 01/06/2021 | 1020 | Ronald E. Ingalls | Trustee Compensation Trustee Expenses | * | | $44,992.19 | $207,259.10 |
| | | | Claim Amount $(43,423.25) | 2100-000 | | | $207,259.10 |
| | | | Claim Amount $(1,568.94) | 2200-000 | | | $207,259.10 |
| 01/06/2021 | 1021 | Internal Revenue Service | Account Number: 9233; 9677; Amount Allowed: 2,604,996.78; Claim #: 3; | 4300-000 | | $197,371.04 | $9,888.06 |
| 01/06/2021 | 1022 | Crane County | Account Number: 000100198000000000000; Amount Allowed: 9,888.06; Claim #: 20; | 2820-000 | | $9,888.06 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $718,431.21 | $718,431.21 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $718,431.21 | $718,431.21 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $718,431.21 | $718,431.21 | |

| For the period of 11/23/2016 to 2/9/2021 | | For the entire history of the account between 12/07/2016 to 2/9/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $803,464.94 | Total Compensable Receipts: | $803,464.94 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $803,464.94 | Total Comp/Non Comp Receipts: | $803,464.94 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $803,464.94 | Total Compensable Disbursements: | $803,464.94 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $803,464.94 | Total Comp/Non Comp Disbursements: | $803,464.94 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 8        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-70185-TMD | Trustee Name: | Ronald E. Ingalls |
|---|---|---|---|
| Case Name: | WOODFIN, MARK AARON | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4288 | Checking Acct #: | ******0185 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 11/23/2016 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 2/9/2021 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $718,431.21 | $718,431.21 | $0.00 |

| **For the period of 11/23/2016 to 2/9/2021** |  | **For the entire history of the case between 11/23/2016 to 2/9/2021** |  |
|---|---|---|---|
| Total Compensable Receipts: | $803,464.94 | Total Compensable Receipts: | $803,464.94 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $803,464.94 | Total Comp/Non Comp Receipts: | $803,464.94 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $803,464.94 | Total Compensable Disbursements: | $803,464.94 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $803,464.94 | Total Comp/Non Comp Disbursements: | $803,464.94 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD E. INGALLS

RONALD E. INGALLS